UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-09777 SJO: | Date | September 14, 2016 |
|---|---|---|---|
| Title | Robin M. Lee v. Crystal Moroney et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS :

On August 9, 2016, the Court issued an Order denying Plaintiff's Motion for an Order to Waive Initial Partial Filing Fee of $20.14 and requiring "Plaintiff to remit an initial partial filing fee of $20.14 within twenty-one (21) days of the issuance of this Order."  In its Order, the Court cautioned Plaintiff that "[f]ailure to remit this payment will result in dismissal of this action."  More than twenty-one days have transpired since the Court issued the Order, and Plaintiff has failed to remit the required payment.  Accordingly, the Court DISMISSES Plaintiff's Complaint with prejudice.  This matter shall close.  JS-6

|  | : |
|---|---|
| Initials of Preparer | vpc |